IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, BRICKLAYERS LOCAL 21 OF ILLINOIS APPRENTICESHIP AND TRAINING PROGRAM, AND BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND, <br><br> Plaintiffs, <br> v. <br><br> G & C CONSTRUCTION & SEALANTS, INC., an Illinois Corp., <br><br> Defendant. | No. 07C-1978 <br><br> Judge Manning <br><br> Mag. Judge Valdez |

## MOTION FOR ENTRY OF JUDGMENT

NOW COME the Plaintiffs and moves this Honorable Court for entry of a judgment in favor of Plaintiffs and against the Defendant, G & C Construction & Sealants, Inc., an Illinois Corp., and in support of their Motion, Plaintiffs state as follows:

1) On or about June 28, 2007, Plaintiffs filed a Motion seeking entry of Default Judgment against the Defendant. The Court took the matter under advisement, as set forth on the docket sheet attached hereto and marked Plaintiffs' Exhibit "A."

2) Subsequent to June 28, 2007, Plaintiffs and Defendant's Counsel reached an understanding regarding settlement of the pending matter, and filed an Agreed Order with the Court, a copy of which is attached hereto as Plaintiffs' Exhibit "B."

- 1 -

3) That the Court requested, in addition to the Agreed Order, a copy of the Settlement Agreement entered into between the parties, which Agreement was provided to the Court, and which is marked Plaintiffs' Exh. "C," attached hereto.

4) That as of this date, it does not appear that the Court ever dismissed the pending legal action pursuant to the Agreed Order reached by and between parties.

5) That Defendant has violated the terms and provisions of its Settlement Agreement, in that Defendant has paid only $11,283.40, whereas the Settlement Agreement provided that Defendant was to pay $22,567.68 through November 20, 2007.

WHEREFORE, Plaintiffs prays that, pursuant to the terms of the Settlement Agreement, which has been filed with the Court, Plaintiffs' Exhibit "C,", that the Court enter judgment in the amount of $32,185.10, that being the amount acknowledged by Defendant to be due and owing after deduction for the payments received by Plaintiffs.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#: 01047558

Dated: December 10, 2007